■ GEORGE A. GOODE et al., Appellants, v HOWARD KESSLER, Respondent, et al., Defendant. — Order of the Supreme Court, Suffolk County (Orgera, J.),

dated May 22, 1981, affirmed, with $50 costs and disbursements (see *Connell v Hayden,* 83 AD2d 30; *Chalk v Catholic Med. Center of Brooklyn & Queens,* 58 AD2d 822). O'Connor, J. P., Thompson, Niehoff and Rubin, JJ., concur.